Petition for Writ of Mandamus Denied and Memorandum Opinion filed
September 2, 2008








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed September 2, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00785-CV

____________

 

IN RE RUDY APOLINAR, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
August 22, 2008, relator, Rudy Apolinar, filed a petition for writ of mandamus
in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also
Tex. R. App. P. 52.  In the petition, relator asks this court to compel the
presiding judge of the 351st District Court of Harris County to provide him a
record at no cost so that he can pursue an out-of-time appeal or a habeas
corpus.  

Relator
has not established his entitlement to the extraordinary relief of a writ of
mandamus.  Accordingly, we deny relator=s petition for writ of mandamus.  

 

PER CURIAM








 

Petition Denied and Memorandum
Opinion filed September 2, 2008.

Panel consists of Chief Justice
Hedges and Justices Guzman and Brown.